ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:20-cr-00101-CKD |
|---|---|---|
| Plaintiff, | ) | ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | ) | |
| DONALD M. LEONARD, | ) | |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00101-CKD without prejudice is GRANTED.

It is further ordered that the bench warrant is recalled.

IT IS SO ORDERED.

Dated:  September 29, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE